```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06777
   STELLA M BLUNT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5023

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 04/16/2007 and was confirmed 07/26/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors   2.00%.

       The case was dismissed after confirmation 10/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING      CURRENT MORTG         .00             .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE    41143.50             .00            .00
CINGULAR                   UNSECURED        NOT FILED            .00            .00
UNITED STATE POSTAL SERV   UNSECURED        NOT FILED            .00            .00
SPRINT                     UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED            .00            .00
CERTIFED SVC               UNSECURED        NOT FILED            .00            .00
SPRINT PCS                 UNSECURED        NOT FILED            .00            .00
DEPENDON COLLECTION SE     UNSECURED        NOT FILED            .00            .00
ILLINOIS INSURANCE C       UNSECURED        NOT FILED            .00            .00
LOYOLA UNIVERSITY PHYNS    UNSECURED        NOT FILED            .00            .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED          305.63             .00            .00
LOYOLA UNIVERSITY HEALTH   UNSECURED        NOT FILED            .00            .00
LOYOLA UNIVERSITY HEALTH   UNSECURED        NOT FILED            .00            .00
AT&T WIRELESS              UNSECURED         1011.62             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1498.59             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED            .00            .00
SOUTHWEST CREDIT CARD SE   UNSECURED        NOT FILED            .00            .00
ASPIRE                     UNSECURED          309.59             .00            .00
NATIONAL CAPTIAL MGMT LL   UNSECURED          702.84             .00            .00
LITTON LOAN SERVICING      NOTICE ONLY      NOT FILED            .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY       1,114.00                         661.01
TOM VAUGHN                 TRUSTEE                                             48.99
DEBTOR REFUND              REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    710.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06777 STELLA M BLUNT

```
PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                   661.01
TRUSTEE COMPENSATION                                              48.99
DEBTOR REFUND                                                       .00
                                    ---------------     ---------------
TOTALS                                      710.00              710.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 01/28/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```